[938 NYS2d 481]

In the Matter of PAUL S. et al., as Persons Having Placement of COLLEEN Y. and Others, Respondents, v RITA S. et al., Appellants. In the Matter of KATHERINE E.Y., Respondent, v ROBIN S. et al., Respondents, and RITA S. et al., Appellants. In the Matter of COLLEEN Y. and Others, Children Alleged to be Neglected. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KENNETH Y. et al., Appellants. In the Matter of the Commitment of Guardianship and Custody of BRIDGET K.Y. and Others, Infants. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KENNETH Y. et al., Appellants. (Appeal No. 2.)

Fourth Department, December 30, 2011

APPEARANCES OF COUNSEL

*Law Office of Robert D. Arenstein*, New York City (*Richard T. Sullivan* of counsel), for appellants.

*Jane E. Love*, Mayville, for respondent Chautauqua County Department of Social Services.

*Andrew T. Radack, Attorney for the Children*, Silver Creek, for Kelly Y. and Colleen Y.

*Michael J. Sullivan, Attorney for the Children*, Fredonia, for Bridget Y. and Michaela Y.

**OPINION OF THE COURT**

PERADOTTO, J.

■ ■ ■ ■ Same opinion by PERADOTTO, J., as in *Matter of*

*Bridget Y. (Kenneth M.Y.)* ([appeal No. 1] 92 AD3d 77 [Dec. 30, 2011]).

FAHEY and SCONIERS, JJ., concur with PERADOTTO, J.; SMITH, J.P., and LINDLEY, J., dissent in part and vote to reverse in accordance with the same dissenting opinion by SMITH, J.P., as in *Matter of Bridget Y. (Kenneth M.Y.)* ([appeal No. 1] 92 AD3d 77 [Dec. 30, 2011]).

It is hereby ordered that said appeal insofar as it concerns Colleen Y. and Kelly Y. is dismissed and the corrected order is affirmed without costs.